509 A.2d 867

**G.D.L. PLAZA CORPORATION, Petitioner,**

v.

**COUNCIL ROCK SCHOOL DISTRICT.**

Supreme Court of Pennsylvania.

May 16, 1986.

Petition for Allowance of Appeal GRANTED, No. 71 E.D. Appeal Docket 1986.